UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) <br>BERNARDINO POLANCO-SANDOVAL, a/k/a )<br>Bernardino Polanco, a/k/a Prieto, a/k/a Negro; )<br>and )<br>)<br>WELLINGTON TEJEDA, a/k/a Wellington )<br>Tejeda-Villa, a/k/a Alfredo Hernandez, a/k/a Luis )<br>A. Reyes-Melendez, )<br>)<br>Defendants. ) | 14-MJ-2224-MBB<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion, and the Court's order on this motion, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the safety of a cooperating witness and a confidential source of information. The complaint affidavit further describes the activities of an unindicted co-conspirator, Harry Marte. Accordingly, the government requests that the original materials remain sealed, and that a redacted version of the complaint and supporting affidavit be filed on the public docket. The government further requests leave to provide unredacted versions of the complaint and supporting affidavit to counsel for each defendant.

September 24, 2014    Allowed.

Marianne B. Bowler

The United States further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          UNITED STATES ATTORNEY

By: /s/ David J. D'Addio
David J. D'Addio
Assistant U.S. Attorney

Dated: September 24, 2014